ORIGINAL

THURBON & McHANEY, LP
ROBERT E. THURBON, SBN 133617
ERIN E. MACKEY, SBN 210081
2356 Gold Meadow Way, Suite 160
Gold River, CA 95670
Telephone: (916) 636-1840
Facsimile: (916) 638-7530

FILED
NOV - 1 2004
U.S. COURT OF FEDERAL CLAIMS

ATTORNEYS FOR PLAINTIFF
Interstate Construction, Inc.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INTERSTATE CONSTRUCTION, INC., a California Corporation,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Case No. 04-1618C

## NOTICE OF DIRECTLY-RELATED CASE

Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff files this Notice of Directly-Related Case. Plaintiff previously filed Case No. 02-959C involving the same parties and based on the same claims and involves the same contract. Case No. 02-959C was dismissed without prejudice to allow the Plaintiff to submit an additional Request for Contracting Officer's Decision and allow the parties to explore settlement. If the parties were unable to settle, Plaintiff was to file a new action which to be assigned to Judge Miller for expedition.

Dated: October 22, 2004

THURBON & McHANEY, LP

By: Erin E. Mackey
ERIN E. MACKEY
ROBERT E. THURBON
2356 Gold Meadow Way, Suite 160
Gold River, CA 95670
(916) 636-1840
Attorneys for Plaintiff

Interstate Construction, Inc. v. U.S.
Case No.

## CERTIFICATE OF SERVICE

I, Sherry Rowe, declare I am over the age of 18 years and not a party to the within action. My place of employment and business address is 2356 Gold Meadow Way, Suite 160, Gold River, CA 95670.

On October 25, 2004, I served the following document(s):

**NOTICE OF DIRECTLY-RELATED CASE**

X **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope for mailing in the United States mail, postage prepaid, at Gold River, California.

Margaret E. McGhee, Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on October 25, 2004.

Sherry Rowe