# In the United States Court of Federal Claims

FILED
NOV 3 2004
U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**INTERSTATE CONSTRUCTION, INC.,** *

Plaintiff, *

v. * No. 04-1618C

**THE UNITED STATES,** * (Filed Nov. 3, 2004)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to plaintiff's Notice of Directly-Related Case filed with its Complaint on November 1, 2004,

**IT IS ORDERED**, as follows:

1. Pursuant to ¶ 3 of the order entered in Case No. 02-959C on February 24, 2004, proceedings in this case will be expedited.

2. Defendant shall file its answer within the time required by rule pursuant to RCFC 12(a)(1). No extensions.

**Christine Odell Cook Miller**
Judge