# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **INTERSTATE CONSTRUCTION, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-1618C |
| **THE UNITED STATES,** | * | (Filed Nov. 12, 2004) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

1. In addition to complying with the court's policy concerning Case Management/ Electronic Case Filing ("ECF") contained in the Notice of Designation filed by the Clerk's Office on November 1, 2004, counsel will deliver to the Clerk's Office for delivery to chambers one hard copy of every filing, including any appendix, that exceeds two pages, other than unopposed motions for extension of one date with respect to one filing. All appendices consisting of more than 10 pages shall be indexed and tabulated.

2. Each such filing required to be delivered in hard copy shall be delivered via hand delivery or express mail on the date of filing or on the next business day.

3. Failure to comply fully and timely with this order will result in the ECF pleading deemed not filed, and an order shall issue to that effect.

4. Counsel are advised that they may not communicate with chambers via e-mail other than for the purposes of ECF. All communications with the administrative assistant or law clerks shall be made telephonically.

s/ Christine O. C. Miller

______________________________

**Christine Odell Cook Miller**
Judge