**EXHIBIT 1**

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE 1 OF PAGES 2

2. AMENDMENT/ MODIFICATION NO. Six (6)

3. EFFECTIVE DATE See Block 16C

4. REQUISITION / PURCHASE REQ. NO. IN 1161

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE

National Aeronautics and Space Administration
Ames Research Center
Moffett Field, California 94035-1000

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

Interstate Construction, Inc.
3909 Security Park Drive
Rancho Cordova, CA 95742

CODE FACILITY CODE

(√) 9A. AMENDMENT OF SOLICITATION NO

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. NAS2-99039

10B. DATED *(SEE ITEM 13)* Feb 8, 1999

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must be acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
IN 1161 H6022F 800/10110 01B $83,836.00

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (√) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in the paying office, appropriation data, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF. Changes Clause 52.243-4 |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Subject: NAS2-99030, Process Cooling System, Building N258, NASA-Ames Research Center, Moffett Field, California

1. The purpose of this modification is to incorporate the work specified in the attached PC-12 and PC-16.

(Continued on page 2 of 2).

Except as modified herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

15A. NAME AND TITLE OF SIGNER *(Type or print)*
John Hartmann Project Manager

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
Vivienne D. Gallo
Contracting Officer

15B. CONTRACTOR/OFFEROR
BY [signature]
*(Signature of person authorized to sign)*

15C. DATE SIGNED [illegible]

16B. UNITED STATES OF AMERICA
BY [signature]
*(Signature of Contracting Officer)*

16C. DATE SIGNED 6/27/00

BLOCK 14. DESCRIPTION OF AMENDMENT/MODIFICATION (Continued)

2. The contract price is hereby increased by $83,836.00 from $2,991,820.40 to $3,075,656.40 for the work accomplished under PC-12 and PC-16.

Individual award amounts are as follows:

| | |
|---|---|
| PC-12 | $79,665.00 |
| PC-16 | $4,171.00 |

3. Pursuant to the work to be accomplished under PC-12, the contract completion date is extended by 143 calendar days to August 15, 2000.

4. In consideration of the modification agreed to herein as complete equitable adjustments for the Contractor's proposal for adjustment, the Contractor hereby releases the Government from any and all liability under this contract for further equitable adjustments attributable to such facts or circumstances giving rise to the "proposal for adjustment."

NASA Ames Research Center

# CONSTRUCTION CLARIFICATION/CHANGE

| | | |
|---|---|---|
| Contractor<br>INTERSTATE CONSTRUCTION<br>3909 SECURITY PARK DRIVE<br>RANCHO CORDOVA, CA 95742<br><br>ATTN: JOHN HARTMANN<br>Phone: (916) 351-0622<br>FAX: (916) 351-0950 | Project<br>PROCESS COOLING SYSTEM N-258 | |
| | Contract<br>NAS2-99039 | Log / WP No. |
| | Date<br>2/9/00 | Doc. No. Rev.<br>PC #12 |
| | Spec. Sec. / DRG No.<br>DWG # DM5 | IRR No. |
| Title<br>REPLACE CHILLER PLANT LIFE SAFETY UPS SYSTEM | | RFI No. |

| | |
|---|---|
| ☐ Emergency change | This is a "Change Order" under the "Changes" clause. The contractor is directed to proceed as shown below, and to submit a proposal for equitable adjustment within 30 calendar days. |
| ☒ Proposed change | This is a request for proposal, not a change order. The contractor shall not proceed with this work unless directed to do so by contract modification or Change Order. |
| ☐ Clarification | This is "Technical Direction" under the contract. If the contractor perceives any part of this to constitute a change, he shall give written notice within 20 days, per the "Changes" clause. |

DESCRIPTION (ATTACH SKETCHES, REDLINES, ETC., AS REQUIRED)

Critical mechanical plant life safety systems failed to operate during the Work Phase B facility power shutdown due the deteriorated condition of the backup power UPS System. This system is also required to facilitate maintenance on chiller plant components during periods of facility / chiller plant power outage.

Provide a labor and material price quotation to replace the deteriorated UPS System in Room #130 with equipment with identical input voltage and capacity as the existing system.

DESCRIPTION:

1) UPS - 50 KVA, 40 KW, 480 V input / 480 V output (include input filter)
2) Include single feed option
3) Include battery cabinet and batteries
4) Include maintenance bypass panel, MBP/MIS/BIB, 35 KAIC breakers

5) Include Option #1 - Battery Monitoring Alarm
6) Include Option #2 - Five year maintenance agreement
7) Include Option #3 - Five year battery maintenance agreement

| | | | |
|---|---|---|---|
| Construction Manager<br>A.C. Mosher [signature] | Date 4/4/02 ~~3/2/00~~ | Contracting Officer/Specialist [signature] | Date 4/11/02 |
| Project Manager/Engineer<br>W. H. Eismann Jr. [signature] | Date 4/4/02 3/2/00 | Copy to: ☒ Project Manager | ☐ Inspector |

NASA Ames Research Center

# CONSTRUCTION CLARIFICATION/CHANGE

| | | |
|---|---|---|
| Contractor<br>INTERSTATE CONSTRUCTION<br>3909 SECURITY PARK DRIVE<br>RANCHO CORDOVA, CA 95742<br><br>ATTN: JOHN HARTMANN<br>Phone: (916) 351-0622<br>FAX: (916) 351-0950 | Project<br>PROCESS COOLING SYSTEM N-258 | |
| | Contract<br>NAS2-99039 | Log / WP No. |
| | Date<br>3/15/00 | Doc. No. Rev.<br>PC#16 |
| | Spec. Sec. / DRG No. | IRR No. |
| Title<br>ENHANCED ALARMING | | RFI No. |

- ☐ Emergency change — This is a "Change Order" under the "Changes" clause. The contractor is directed to proceed as shown below, and to submit a proposal for equitable adjustment within 30 calendar days.
- ☒ Proposed change — This is a request for proposal, not a change order. The contractor shall not proceed with this work unless directed to do so by contract modification or Change Order.
- ☐ Clarification — This is "Technical Direction" under the contract. If the contractor perceives any part of this to constitute a change, he shall give written notice within 20 days, per the "Changes" clause.

DESCRIPTION (ATTACH SKETCHES, REDLINES, ETC., AS REQUIRED)

PROVID ENHANCED ALARMING AS DISCUSSED BETWEEN A.C.MOSHER AND GLEN LEGGOE OF SIEMENS . TIME CARDS TO BE SIGNEDE BY A.C. MOSHER AT TIME OF WORK.

| | | | |
|---|---|---|---|
| Construction Manager<br>A.C. Mosher [signature] | Date<br>4/1/00 | Contracting Officer/Specialist<br>[signature] | Date<br>4/19/00 |
| Project Manager/Engineer<br>W. H. Eismann Jr. | Date | Copy to: ☒ Project Manager ☐ Inspector | |

# EXHIBIT 2

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE 1 OF PAGES 2

2. AMENDMENT/ MODIFICATION NO. Seven (7)

3. EFFECTIVE DATE See Block 16C

4. REQUISITION / PURCHASE REQ. NO. IN 1161 FEF 2862

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE

National Aeronautics and Space Administration
Ames Research Center
Moffett Field, California 94035-1000

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

Interstate Construction, Inc.
3909 Security Park Drive
Rancho Cordova, CA 95742

CODE

FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. NAS2-99039

10B. DATED *(SEE ITEM 13)* Feb 8, 1999

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must be acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

IN 1161 H6022F 800/10110 01C $4,164.00 FEF 2862 H2170 800/10110 01B $6,954.64

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in the paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Changes Clause 52.243-4 |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

**Subject: NAS2-99030, Process Cooling System, Building N258, NASA-Ames Research Center, Moffett Field, California**

1. The purpose of this modification is to incorporate the work specified in the attached PC-17 and PC-18.

(Continued on page 2 of 2).

Except as modified herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

15A. NAME AND TITLE OF SIGNER *(Type or print)* Robert A. Riedel, Secretary/Treasurer

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* Vivienne D. Gallo, Contracting Officer

15B. CONTRACTOR/OFFEROR [signature] *(Signature of person authorized to sign)*

15C. DATE SIGNED 10-25-00

16B. UNITED STATES OF AMERICA BY [signature] *(Signature of Contracting Officer)*

16C. DATE SIGNED 10/27/00

BLOCK 14. DESCRIPTION OF AMENDMENT/MODIFICATION (Continued)

2. The contract price is hereby increased by $11,118.64 from $3,075,656.40 to $3,086,775.04 for the work accomplished under PC-17 and PC-18.

Individual award amounts are as follows:

| | |
|---|---|
| PC-17 | $9,560.00 |
| PC-18 | $1,558.00 |

3. Pursuant to the work to be accomplished under PC-18, the contract completion date is extended by 92 calendar days from August 15, 2000 to November 15, 2000.

4. In consideration of the modification agreed to herein as complete equitable adjustments for the Contractor's proposal for adjustment, the Contractor hereby releases the Government from any and all liability under this contract for further equitable adjustments attributable to such facts or circumstances giving rise to the "proposal for adjustment."

NASA Ames Research Center

# CONSTRUCTION CLARIFICATION/CHANGE

Contractor
INTERSTATE CONSTRUCTION
3909 SECURITY PARK DRIVE
RANCHO CORDOVA, CA 95742

ATTN: JOHN HARTMANN
Phone: (916) 351-0622
FAX: (916) 351-0950

| | |
|---|---|
| Project: PROCESS COOLING SYSTEM N-258 | |
| Contract: NAS2-99039 | Log / WP No. |
| Date: 9/2/00 | Doc. No. Rev. PC#17 |
| Spec. Sec. / DRG No. | IRR No. |
| | RFI No. |

Title
NETWORK CARD CONFIGURATION

- [ ] Emergency change — This is a "Change Order" under the "Changes" clause. The contractor is directed to proceed as shown below, and to submit a proposal for equitable adjustment within 30 calendar days.
- [x] Proposed change — This is a request for proposal, not a change order. The contractor shall not proceed with this work unless directed to do so by contract modification or Change Order.
- [ ] Clarification — This is "Technical Direction" under the contract. If the contractor perceives any part of this to constitute a change, he shall give written notice within 20 days, per the "Changes" clause.

DESCRIPTION (ATTACH SKETCHES, REDLINES, ETC., AS REQUIRED)

PROVIDE SOFTWARE AND LABOR TO INSTALL NETWORK CARD IN SERVER COMPUTER.

| | | | |
|---|---|---|---|
| ...ction Manager ...osbor | Date [signed] | Contracting Officer/Specialist [signature] | Date 9/27/00 |
| ...Manager/Engineer ...ismann Jr. | Date | Copy to: [x] Project Manager | [ ] Inspector |

(Apr 96)E

NASA Ames Research Center

# CONSTRUCTION CLARIFICATION/CHANGE

| | |
|---|---|
| Contractor<br>INTERSTATE CONSTRUCTION<br>3909 SECURITY PARK DRIVE<br>RANCHO CORDOVA, CA 95742<br><br>ATTN: JOHN HARTMANN<br>Phone: (916) 351-0622<br>FAX: (916) 351-0950 | Project: PROCESS COOLING SYSTEM N-258<br>Contract: NAS2-99039 — Log / WP No.:<br>Date: 9/2/00 — Doc. No. Rev.: PC#18<br>Spec. Sec. / DRG No.: — IRR No.: |
| Title: MAGNETIC TARGET DISCS | RFI No.: |

☐ Emergency change — This is a "Change Order" under the "Changes" clause. The contractor is directed to proceed as shown below, and to submit a proposal for equitable adjustment within 30 calendar days.

☒ Proposed change — This is a request for proposal, not a change order. The contractor shall not proceed with this work unless directed to do so by contract modification or Change Order.

☐ Clarification — This is "Technical Direction" under the contract. If the contractor perceives any part of this to constitute a change, he shall give written notice within 20 days, per the "Changes" clause.

DESCRIPTION (ATTACH SKETCHES, REDLINES, ETC., AS REQUIRED)

PROVIDE 100 MAGNETIC TARGET DISCS (STAINLESS STEEL) -SECTION 15135, PAR 2.3

| | | | |
|---|---|---|---|
| Construction Manager<br>A.C. Mosher [signature] | Date<br>9/2/... | Contracting Officer/Specialist [signature] | Date<br>9/28/00 |
| Project Manager/Engineer<br>W. H. Eismann Jr. | Date | Copy to: ☒ Project Manager | ☐ Inspector |

ARC 181 (Apr 96)E