# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **INTERSTATE CONSTRUCTION, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-1618C |
| **THE UNITED STATES,** | * | (Filed Feb. 25, 2005) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the Joint Preliminary Status Report filed on February 24, 2005,

**IT IS ORDERED**, as follows:

1. All discovery shall be completed by July 1, 2005.

2. If defendant has not filed a dispositive motion by April 30, 2005, a status conference shall be held at 3:00 p.m. on Monday, May 9, 2005, in the Howard T. Markey National Courts Building. Counsel for plaintiff shall notify the court at 202/357-6620 by May 2, 2005, if he wishes to participate by telephone conference call to be placed by the court. The parties shall be prepared to discuss the progress of discovery.

3. The court is available to assist the parties in informal discussions concerning settlement.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge