IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERSTATE CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1618C |
| v. | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO STAY THE CASE**

The United States, on behalf of both parties, and with the consent of plaintiff's counsel, respectfully requests a 45-day stay in these proceedings so that the parties may engage in discussions to determine whether settlement is a possibility.

Within the past few weeks, the parties have identified and discussed several issues we believe may be appropriate for settlement in this case. This stay is necessary to allow us sufficient time to further investigate and discuss this possibility and to determine if full settlement of this case may be reached. The parties are aware that this case is proceeding on an expedited schedule and do not wish to further delay the proceedings in this case. However, both parties feel that it would be in the interest judicial economy to allow us time to further explore settlement. If, however, we are unsuccessful in our settlement discussions, defendant respectfully requests that the Court reschedule the time for which defendant is to file our dispositive motion.

For these reasons, defendant respectfully requests on behalf of both parties that the Court grant this unopposed motion for a 45 day stay, to and including June 15, 2005, at which point the parties will file a joint status report notifying the Court of their progress.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Lindsay E. Williams
LINDSAY E. WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

Attorneys for Defendant

Of Counsel:
ALEXANDER BARNA
Associate Chief Counsel for Claims and Litigation
NASA Ames Research Center
Moffet Field, CA 94035

April 29, 2005