# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **INTERSTATE CONSTRUCTION, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-1618C |
| **THE UNITED STATES,** | * | (Filed May 4, 2005) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed motion filed on April 29, 2005, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. Paragraphs 1 and 2 of the order entered on February 25, 2005, are vacated.

2. This case is stayed until June 15, 2005, for the purposes of settlement. The parties shall file a Joint Status Report by that date reporting on particularity the status of settlement.

3. The court is available to assist the parties in informal discussions concerning settlement.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge