IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERSTATE CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1618C |
| v. | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order of May 4, 2005, the parties hereby file this joint status report to inform the Court of the status of their settlement discussions.

Plaintiff indicated to defendant in early April that when this case was previously filed as case number 02-959C, the Court had encouraged the parties to settle, and that plaintiff remained amenable to settlement. In light of this, the Government agreed to investigate and discuss this possibility to determine if full settlement of this case may be reached. Consequently, defendant filed its April 29, 2005 motion to stay the case, indicating on behalf of both parties that we had identified and discussed several issues that we believe may be appropriate for settlement in this case.

Since that time, defendant's counsel has spoken with plaintiff's counsel regarding the factual and procedural history of this case and the district court case between plaintiff and Siemens, which was one of plaintiff's subcontractor's on the contract at issue in this case, as well as plaintiff's current position on settlement.

Because plaintiff relies heavily upon the district court litigation and is requesting reimbursement of attorneys fees incurred in that litigation, the Government feels it is necessary to further investigate the basis of that litigation and its subsequent outcome. As such,

defendant's counsel has obtained the deposition transcripts of two of the three agency employees deposed during the district court litigation, and is awaiting the deposition transcript of the third agency employee. Defendant's counsel is currently reviewing those transcripts along with the contract and specifications. The Government may find it necessary to obtain deposition transcripts of plaintiff's and Siemens' employees as well. Additionally, defendant's counsel anticipates meeting with agency counsel and agency officials within the next few weeks to further determine the Government's settlement position.

Defendant has informed plaintiff that it will not be in a position to engage in further settlement discussions with plaintiff until it has completed the above mentioned tasks. Knowing this, plaintiff has stated that it wishes to continue the stay in this case. Both parties are in agreement that it is in the interest of judicial economy to allow us time to further explore settlement. If, however, we are unsuccessful in our settlement discussions, defendant once again respectfully requests that the Court reschedule the time for which defendant is to file our dispositive motion.

For these reasons, the parties respectfully request that the Court continue the stay in this case for an additional 60 days, to and including August 15, 2005, at which point the parties will file a joint status report notifying the Court of their progress.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

Of Counsel:
ALEXANDER BARNA
Associate Chief Counsel for Claims and Litigation
NASA Ames Research Center
Moffet Field, CA 94035

s/ Lindsay E. Williams
LINDSAY E. WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

Attorneys for Defendant

s/Robert Thurbon
ROBERT THURBON
Thurbon & McHaney LP
2356 Gold Meadow Way, Suite 160
Gold River, CA 95670

Attorney for Plaintiff

June 15, 2005