# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INTERSTATE CONSTRUCTION, INC.,** *

Plaintiff, *

v. * No. 04-1618C

**THE UNITED STATES,** * (Filed June 21, 2005)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the parties' Joint Status Report filed on June 15, 2005,

**IT IS ORDERED**, as follows:

1. The stay in this case is continued until August 15, 2005, for the purpose of settlement. The parties shall file a Joint Status Report by that date stating with particularity the status of settlement.

2. The court remains available to assist the parties in informal discussions concerning settlement.

s/ Christine O.C. Miller

_________________________________

**Christine Odell Cook Miller**
Judge