# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **INTERSTATE CONSTRUCTION, INC.,** | | |
| Plaintiff, | | |
| v. | | No. 04-1618C |
| **THE UNITED STATES,** | | (Filed Aug. 16, 2005) |
| Defendant. | | |

## ORDER

Further to the parties' Joint Status Report Regarding Settlement and Joint Preliminary Status Report filed on August 15, 2005,

**IT IS ORDERED**, as follows:

1. All fact discovery shall be completed by January 1, 2006.

2. By February 1, 2006, plaintiff shall deliver its expert report to defendant.

3. By March 2, 2006, defendant shall deliver its expert report to plaintiff.

4. By April 2, 2006, all expert depositions shall be completed.

5. Either party may file a dispositive motion by January 1, 2006.

6. A status conference shall be held at 2:00 p.m. on Monday, November 14, 2005, in the Howard T. Markey National Courts Building. Counsel for plaintiff shall notify the court at 202/357-6620 by November 9, 2005, if he wishes to participate by telephone conference call to be placed by the court. The parties shall be prepared to discuss the progress of discovery.

s/ Christine O.C. Miller

Christine Odell Cook Miller
Judge