# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
INTERSTATE CONSTRUCTION, INC., *
Plaintiff, *
v. * No. 04-1618C
THE UNITED STATES, * (Filed Nov. 16, 2005)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the status conference held on November 15, 2005,

**IT IS ORDERED**, as follows:

1. The parties shall file a Joint Status Report by December 15, 2005, stating with particularity their progress in settlement and discovery.

2. Paragraph 1 of the order entered on August 16, 2005, is modified insofar as all fact discovery shall be completed by March 1, 2006.

3. Paragraph 2 of the order entered on August 16, 2005, is modified insofar as by April 3, 2006, plaintiff shall deliver its expert report to defendant.

4. Paragraph 3 of the order entered on August 16, 2005, is modified insofar as by May 2, 2006, defendant shall deliver its expert report to plaintiff.

5. Paragraph 4 of the order entered on August 16, 2005, is modified insofar as by June 2, 2006, all expert depositions shall be completed.

6. Paragraph 5 of the order entered on August 16, 2005, is modified insofar as either party may file a dispositive motion by March 1, 2006.

7. A status conference shall be held at 2:30 p.m. on Monday, February 13, 2006, in the Howard T. Markey National Courts Building. Counsel for plaintiff shall notify the court at 202/357-6620 by February 9, 2006, if he wishes to participate by telephone conference call

to be placed by the court. The parties shall be prepared to discuss the progress of settlement and discovery.

s/ Christine O.C. Miller
___________________________________
Christine Odell Cook Miller
Judge