IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERSTATE CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1618C |
| v. | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order of November 16, 2005, the parties respectfully submit this joint status report to inform the Court of their progress in settlement and discovery.

As indicated during our status conference of November 14, 2005, Interstate Construction, Inc. ("Interstate"), submitted a written settlement offer to defendant on October 26, 2005. Defendant's counsel indicated to the Court that she did not anticipate that the authorized representative of the Attorney General would accept Interstate's settlement offer, as it was identical to an oral offer previously made by Interstate, which was not acceptable to counsel. Currently, defendant's counsel is still preparing her recommendation in response to Interstate's settlement offer. This has taken longer than expected as counsel for defendant was on bid protest duty during the period of November 14-25, 2005. Additionally, counsel for defendant has been out of the office on work related travel the week of December 5-9, 2005, and counsel for the agency is currently out of the office until December 16, 2005. Nevertheless, counsel anticipates that the authorized representative of the Attorney General will render a decision upon Interstate's settlement offer by January 5, 2005.

With regard to discovery, defendant has not, at this time, served any discovery requests upon Interstate, nor have defendant received any discovery requests from Interstate. Defendant

has ordered the deposition transcripts and intend to order the trial transcript from the Miller Act litigation between Seimens, Inc. and Interstate, which took place in the district court of the northern district of California, and which involved the same set of operative facts. Once defendant has had an opportunity to review this material, it intends to serve discovery requests and notices of deposition upon Interstate. Defendant anticipates that it will be able to accomplish this within the next 60 days. Interstate anticipates that it too will serve discovery requests and notices of deposition upon defendant within the next 60 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Lindsay E. Williams
LINDSAY E. WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

Attorneys for Defendant

Of Counsel:
ALEXANDER BARNA
Associate Chief Counsel for Claims and Litigation
NASA Ames Research Center
Moffet Field, CA 94035

s/Robert Thurbon
ROBERT THURBON
Thurbon & McHaney LP
2356 Gold Meadow Way, Suite 160
Gold River, CA 95670

Attorney for Plaintiff

December 15, 2005