# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * *
*
**INTERSTATE CONSTRUCTION, INC.,** *
*
*
Plaintiff, *
*
v. * No. 04-1618C
*
**THE UNITED STATES,** * (Filed Dec. 16, 2005)
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the Joint Status Report filed on December 15, 2005, reporting that settlement is unlikely in view of defendant's lack of support,

**IT IS ORDERED**, as follows:

The parties shall be prepared to meet the discovery deadlines set forth in the order entered on November 16, 2005.

s/ Christine O. C. Miller

______________________________

**Christine Odell Cook Miller**
Judge