# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INTERSTATE CONSTRUCTION, INC.,** *

Plaintiff, *

v. * No. 04-1618C

**THE UNITED STATES,** * (Filed Feb. 13, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the telephonic status conference held this date,

**IT IS ORDERED**, as follows:

1. Paragraph 1 of the order entered on November 16, 2006, is modified insofar as all fact discovery shall be completed by June 1, 2006.

2. Paragraphs 3-6 of the order entered on November 16, 2006, are vacated.

3. By May 1, 2006, the parties shall submit a final proposed discovery schedule.

4. A telephonic status conference shall be held at 2:30 p.m. on Monday, June 12, 2005, in the Howard T. Markey National Courts Building. The parties shall be prepared to schedule all pretrial proceedings and trial, unless they have advised by June 5, 2006, that one is filing a dispositive motion. The court will place the telephone call.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge