IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERSTATE CONSTRUCTION, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-1618<br>(Judge Christine Miller) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Elizabeth Thomas as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Attention: Classification Unit
8th Floor, 1100 L Street, NW

s/ Elizabeth Thomas
ELIZABETH THOMAS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Telephone: (202) 353-4175
Facsimile: (202) 514-7965

Dated: May 1, 2006

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2006 a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Elizabeth Thomas