IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERSTATE CONSTRUCTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1618 |
| | ) | (Judge Christine Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT PROPOSED SCHEDULING PLAN**

Pursuant to this Court's order of February 13, 2006, the parties, Interstate Construction, Inc. ("Interstate") and the United States, respectfully submit this joint proposed scheduling plan. The parties understand that the Court previously ordered June 1, 2006 as the fact discovery completion date, but we will need more time to coordinate the depositions of the nine anticipated deponents. Furthermore, counsel for the Government was recently assigned this case and will require more time to develop a litigation strategy.

At this time, the parties anticipate that all fact discovery will be completed by August 1, 2006. Plaintiff will file its expert report, if any, by September 1, 2006. Defendant will file its expert report, if any, by October 2, 2006. The parties will conclude expert depositions by November 3, 2006. If this case goes to trial, the parties suggest that trial be held no earlier than December 1, 2006. Additionally, the parties may file motions for summary judgment at or before the close of fact discovery.

CONCLUSION

The parties respectfully request that the Court approve the schedule proposed above.

Respectfully submitted,

s/Erin Mackey
Erin Mackey, Esq.
THURBON & McHANEY, LP
2356 Gold Meadow Way, Suite 160
Gold River, CA 95670

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Elizabeth Thomas
ELIZABETH THOMAS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-4175
Fax (202) 514-7965

Attorneys for Defendant

OF COUNSEL:
ALEXANDER BARNA
Asst. Chief Counsel For Claims and Litigation
NASA Ames Research Center
Building 202A, Room 110
Moffet Field, CA 94035-1000

May 1, 2006

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2006 a copy of the foregoing "**JOINT PROPOSED SCHEDULING PLAN**" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Elizabeth Thomas