# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**INTERSTATE CONSTRUCTION, INC.,**

Plaintiff,

v. — No. 04-1618C

**THE UNITED STATES,** — (Filed May 3, 2006)

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the Joint Proposed Scheduling Plan filed on May 1, 2006,

**IT IS ORDERED**, as follows:

1. Paragraph 1 of the order entered on February 13, 2006, is modified insofar as all fact discovery shall be completed by August 1, 2006.

2. By September 1, 2006, plaintiff shall deliver its expert report to defendant.

3. By October 2, 2006, defendant shall deliver its expert report to plaintiff.

4. By November 3, 2006, all expert depositions shall be completed.

5. Either party may file a dispositive motion by August 1, 2006.

6. Paragraph 4 of the order entered on February 13, 2006, is modified only insofar as the status conference shall be held at 2:00 p.m. on Thursday, July 20, 2006.

s/ Christine O.C. Miller

_____________________________________

Christine Odell Cook Miller
Judge