# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **INTERSTATE CONSTRUCTION, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-1618C |
| **THE UNITED STATES,** | * | (Filed July 20, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the status conference held this date,

**IT IS ORDERED**, as follows:

1. The meeting of counsel pursuant to RCFC Appendix A ¶ 13 shall be held by November 6, 2006, excluding final designation of defendant's expert and documents related thereto.

2. Plaintiff's filings pursuant to RCFC Appendix A ¶¶ 14(a), 15, and 16 shall be made by November 14, 2006. Defendant's filings pursuant to RCFC Appendix A ¶¶ 14(b), 15, and 16 shall be made by November 26, 2006, both with service by overnight mail.

3. The pretrial conference shall be held at 2:00 p.m. on Thursday, November 30, 2006, in the Howard T. Markey National Courts Building. Both counsel may participate by telephone conference call to be placed by the court.

4. Trial, not to exceed five days, shall commence at 10:00 a.m. on Monday, December 4, 2006, in the Sacramento, CA, at a place to be designated by separate order.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge