# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **INTERSTATE CONSTRUCTION, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-1618C |
| **THE UNITED STATES,** | * | (Filed July 20, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the status conference held this date,

**IT IS ORDERED**, as follows:

1. Paragraph 1 of the order entered on May 3, 2006, is modified insofar as all fact discovery shall be completed by September 15, 2006.

2. Paragraph 5 of the order entered on May 3, 2006, is modified insofar as either party may file a dispositive motion by September 15, 2006.

3. The meeting of counsel pursuant to RCFC Appendix A ¶ 13 shall be held by November 6, 2006, excluding final designation of defendant's expert and documents related thereto.

4. Plaintiff's filings pursuant to RCFC Appendix A ¶¶ 14(a), 15, and 16 shall be made by November 14, 2006. Defendant's filings pursuant to RCFC Appendix A ¶¶ 14(b), 15, and 16 shall be made by November 27, 2006, both with service by overnight mail.

5. The pretrial conference shall be held at 2:00 p.m. on Thursday, November 30, 2006, in the Howard T. Markey National Courts Building. Both counsel may participate by telephone conference call to be placed by the court.

6. Trial, not to exceed five days, shall commence at 10:00 a.m. on Monday, December 4, 2006, in the Sacramento, CA, at a place to be designated by separate order.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge