# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INTERSTATE CONSTRUCTION, INC.,** *

Plaintiff, *

v. * No. 04-1618C

**THE UNITED STATES,** * (Filed Nov. 9, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the off-the-record telephonic settlement conference held this date at the parties' request,

**IT IS ORDERED**, as follows:

1. Paragraphs 4-6 of the order entered on July 20, 2006, are vacated.

2. This case is stayed for the purpose of settlement pending further order of the court.

3. A subsequent off-the-record telephonic settlement conference shall be held at 2:00 p.m. on Friday, December 8, 2006. The court will initiate the telephone call.

4. The parties shall submit to chambers by November 30, 2006, any documents relating to settlement conference.

5. At the parties' request, trial is rescheduled to March 27-30, 2007. The pretrial filings and pretrial conference will be rescheduled after December 8, 2006.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge