# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INTERSTATE CONSTRUCTION, INC.,** *

Plaintiff, *

v. * No. 04-1618C

**THE UNITED STATES,** * (Filed Dec. 12, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the off-the-record settlement conference held on December 8, 2006, and defendant's telephonic representations this date that a settlement had been reached that is satisfactory to plaintiff and agency counsel and defense counsel and that her supervisor with authority required additional time to recommend it for acceptance,

**IT IS ORDERED**, as follows:

Defendant shall file a Status Report on behalf of the parties by December 21, 2006, stating with particularity the status of settlement.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge