IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERSTATE CONSTRUCTION, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1618<br>(Judge Christine Miller) |

JOINT STATUS REPORT AND MOTION TO CONTINUE STAY

Pursuant to the Court's order, dated December 12, 2006, the parties respectfully submit the following joint status report and request that the Court continue the stay in this case, through and including January 11, 2006, to afford the parties time to obtain a determination from the authorized representative of the Attorney General regarding plaintiff's settlement offer and, if appropriate, to enter into a settlement agreement.

On December 11, 2006, counsel for plaintiff provided defendant with a formal offer of settlement. On December 20, 2006, the interested agency, the National Aeronautics Space Administration ("NASA"), provided a written memorandum recommending that the United States accept plaintiff's settlement offer. Additional time is needed for the defendant's counsel to obtain approval from the authorized representative of the Attorney General of plaintiff's settlement offer and, if appropriate, enter into a settlement agreement.

For the foregoing reasons, the parties respectfully request that the Court grant this joint motion to stay proceedings in this case, through and including January 11, 2006, for the parties to continue their efforts to resolve this case without the need for further litigation.

Respectfully submitted,

s/Erin Mackey, Esq.
THURBON & McHANEY, LP
2356 Gold Meadow Way, Suite 160
Gold River, CA 95670

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

OF COUNSEL:
ALEXANDER BARNA
Asst. Chief Counsel For Claims and Litigation
NASA Ames Research Center
Building 202A, Room 110
Moffet Field, CA 94035-1000

s/Elizabeth Thomas
ELIZABETH THOMAS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-4175
Fax (202) 514-7965

December 21, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006 a copy of the foregoing "JOINT STATUS REPORT AND MOTION TO CONTINUE STAY" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Elizabeth Thomas