# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| **INTERSTATE CONSTRUCTION, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-1618C |
| **THE UNITED STATES,** | * | (Filed Jan. 2, 2007) |
| Defendant. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

Further to the Joint Status Report and Motion To Continue Stay filed on December 21, 2006,

**IT IS ORDERED**, as follows:

The motion is granted, and parties shall file a subsequent Joint Status Report by January 12, 2006, if a stipulation of dismissal has not been filed by that date.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge