# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INTERSTATE CONSTRUCTION, INC.,** *

Plaintiff, *

v. * No. 04-1618C

**THE UNITED STATES,** * (Filed Jan. 4, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the Joint Status Report and Motion To Continue Stay filed on December 21, 2006,

**IT IS ORDERED**, as follows:

The motion is granted, and parties shall file a subsequent Joint Status Report by January 12, 2007, if a stipulation of dismissal has not been filed by that date.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge