# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **INTERSTATE CONSTRUCTION, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-1618C |
| **THE UNITED STATES,** | * | (Filed Jan. 17, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the Joint Status Report and Motion To Enlarge Stay filed on January 12, 2007,

**IT IS ORDERED**, as follows:

The motion is granted; the case shall remain stayed until April 2, 2007. The parties shall file a subsequent Joint Status Report on April 2, 2007, if a stipulation of dismissal has not been filed by that date.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge