IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERSTATE CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No, 04-1618C |
| v. | ) | (Judge Christine O. C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to RCFC 41(a)(1), the parties stipulate and agree to dismiss this action with prejudice and without costs, attorney fees, or expenses against any party.

Respectively submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director
Authorized Representative
of the Attorney General

s/ Erin E. Holbrook, Esq.
ERIN E. HOLBROOK, ESQ.
Thurbon & McHaney, L.P.
2356 Gold Meadow Way
Suite 160
Gold River, CA 95670
(916) 636-1840

Dated: March 21, 2007

Attorneys for Plaintiff

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252

Dated: March 16, 2007

Attorneys for Defendant